

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the Estate of Kathy Denise Morse
Spencer Marcom, deceased,

No. 11-25-00199-CV

\* From the 90th District Court
 of Stephens County,
 Trial Court No. CV33676.

\* August 29, 2025

\* Memorandum Opinion by Bailey, C.J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has considered Jay Frank Marcom, II's request for permission to withdraw his notice of appeal and concludes that the request should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Jay Frank Marcom, II.